UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**DENICE L. DASGUPTA**
**a/k/a DENICE LYNN DASGUPTA,**
                **Debtor**

Case No.: 19-32110-JNP

Judge: Jerrold N. Poslusny Jr.

## ORDER ALLOWING LATE CLAIM

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: July 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Denice L. DasGupta |
| Case No.: | 19-32110-JNP |
| Caption of Order: | Order Allowing Late Proof of Claim |

Upon consideration of Portfolio Recovery Associates, LLC, assignee of Ally Financial ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC's Motion to Allow Late Proof of Claim as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that Portfolio Recovery Associates, LLC, assignee of Ally Financial ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC shall be allowed to file a late proof of claim and such proof of claim shall be filed within 10 days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-32110-JNP
Denice L DasGupta                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1             Date Rcvd: Jul 28, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db              +Denice L DasGupta,    233 E. Collings Drive,    Collings Lake, NJ 08094-2553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Jason Brett Schwartz    on behalf of Creditor   Portfolio Recovery Associates, LLC
        jschwartz@mesterschwartz.com
       Seymour  Wasserstrum    on behalf of Debtor Denice L DasGupta mylawyer7@aol.com,
        ecf@seymourlaw.net;r47769@notify.bestcase.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6