UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**Order Filed on March 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**DENICE L. DASGUPTA
a/k/a DENICE LYNN DASGUPTA,**
                    **Debtor**

Case No.: 19-32110-JNP

Judge: Jerrold N. Poslusny Jr.

## ORDER ALLOWING LATE CLAIM

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: March 9, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Denice L. DasGupta |
| Case No.: | 19-32110-JNP |
| Caption of Order: | Order Allowing Late Proof of Claim |

Upon consideration of Portfolio Recovery Associates, LLC, assignee of Ally Financial ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC's Motion to Allow Late Proof of Claim as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that Portfolio Recovery Associates, LLC, assignee of Ally Financial ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC shall be allowed to file a late proof of claim and such proof of claim shall be filed within 10 days of the entry of this Order.