UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Order Filed on March 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**DENICE L. DASGUPTA**
**a/k/a DENICE LYNN DASGUPTA,**
                **Debtor**

Case No.: 19-32110-JNP

Judge: Jerrold N. Poslusny Jr.

## ORDER ALLOWING LATE CLAIM

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: March 9, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Denice L. DasGupta |
| Case No.: | 19-32110-JNP |
| Caption of Order: | Order Allowing Late Proof of Claim |

Upon consideration of Portfolio Recovery Associates, LLC, assignee of Ally Financial ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC's Motion to Allow Late Proof of Claim as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that Portfolio Recovery Associates, LLC, assignee of Ally Financial ("PRA"), by and through its servicing agent, PRA Receivables Management, LLC shall be allowed to file a late proof of claim and such proof of claim shall be filed within 10 days of the entry of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-32110-JNP

Denice L DasGupta                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

**Recip ID**    **Recipient Name and Address**
db    + Denice L DasGupta, 233 E. Collings Drive, Collings Lake, NJ 08094-2553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Portfolio Recovery Associates  LLC jschwartz@mesterschwartz.com

Seymour Wasserstrum
    on behalf of Debtor Denice L DasGupta mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Mar 09, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 6