# LAW OFFICES OF SEYMOUR WASSERSTRUM

ATTORNEYS AT LAW

205 W. LANDIS AVE  
VINELAND, NJ 08360  
TELEPHONE: (856) 696-8300  
FACSIMILE: (856) 696-6962

1040 N. KINGS HWY, SUITE 304  
CHERRY HILL, NJ 08002  
*Do not mail to this address

**SEYMOUR WASSERSTRUM, ESQ**

November 23, 2022

Honorable Jerrold N. Poslusny, USBJ  
US Bankruptcy Court – Clerk's Office  
4th and Cooper Street, Second Floor  
Camden, NJ 08102

  Re: Denice L. DasGupta  
    Chapter 13 Case No.: 19-32110  
    Withdraw of Change of Address

Dear Judge Poslusny:

Please accept this letter as our request to withdraw the Change of Address which was filed on November 22, 2022 under docket number 45.

Thank you for your kind attention.

           Respectfully Submitted,

           /s/ Seymour Wasserstrum, Esq.  
           Seymour Wasserstrum, Esq.