Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−32110−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Denice L DasGupta
  aka Denice Lynn DasGupta
  213 E. Collings Drive
  Collings Lake, NJ 08094

Social Security No.:
  xxx−xx−8786

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 19, 2020.

On 11/22/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              January 4, 2023
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

  Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 23, 2022
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Denice L DasGupta  
    Debtor

Case No. 19-32110-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 23, 2022     Form ID: 185     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denice L DasGupta, 213 E. Collings Drive, Collings Lake, NJ 08094-2511 |
| 518586231 | + | Ally Bank, 200 West Civic Center Dr, Suite 201, Sandy, UT 84070-4207 |
| 518586233 | + | Bankcard Services, PO Box 17501, Baltimore, MD 21297-1501 |
| 518586234 | + | Berlin Services, APT/Suite 203, 1289 Route 38 West, Hainesport, NJ 08036-2730 |
| 518586242 | + | Laboratory Corp Of America, 231 Maple Avenue, Burlington, NC 27215-5848 |
| 518634005 | + | Legacy Treatment Services Inc, 1289 Rte 38 West, Ste 203, Hainsport NJ 08036-2730 |
| 518586245 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 518586246 | + | Pradip DasGupta, 136 Chicago Ave., Egg Harbor City, NJ 08215-1804 |
| 518586248 | + | Rothman Institute, 925 Chestnut Street, Philadelphia, PA 19107-4290 |
| 518586249 | + | South Jersey Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518586252 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518586253 | | Toyota Financial Services, PO Box 790069, St. Louis, MO 63179-0069 |
| 518586254 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 23 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 23 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518586230 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2022 20:30:00 | ADS/Comenity/Catherine, PO BOX 182789, Columbus, OH 43218-2789 |
| 518586232 | ^ | MEBN | Nov 23 2022 20:28:57 | Apex asset management, 2501 Oregon pike suite, c/o Virtua, Lancaster, PA 17601-4890 |
| 518604672 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 20:38:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518586235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 20:38:25 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518586236 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 23 2022 20:30:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 518586237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 20:38:27 | CBNA, 1000 Technology Dr, Fallon, MO 63368-2239 |
| 518661956 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 20:38:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-32110-JNP    Doc 50    Filed 11/25/22    Entered 11/26/22 00:11:11    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: 185 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518608639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 20:38:22 | CitiMortgage, Inc, 1000 Technology Drive, MS 100 RM, O Fallon, MO 63368-2240 |
| 518672009 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 20:38:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518586240 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2022 20:29:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518586241 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2022 20:29:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518604307 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 20:38:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518586243 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 23 2022 20:29:00 | Mercury Card/FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 518586244 | ^ | MEBN | Nov 23 2022 20:27:57 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519135662 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 20:38:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518650490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 20:38:26 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518663790 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 20:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518663791 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 20:30:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518586247 | + | Email/Text: clientservices@remexinc.com | Nov 23 2022 20:29:00 | Remex Inc, 307 Wall Street, c/o SJRA, Princeton, NJ 08540-1515 |
| 518586251 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 23 2022 20:38:19 | Sprint, P.O. Box 219718, Kansas City, MO 64121-9718 |
| 518586250 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 23 2022 20:29:00 | Specialized Loan Services, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 518692236 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 23 2022 20:29:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518589038 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 20:38:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518626685 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 23 2022 20:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518953745 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 20:38:32 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518586239 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518586238 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518625694 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518636924 | ##+ | Denise Carlon Esquire, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

Case 19-32110-JNP    Doc 50    Filed 11/25/22    Entered 11/26/22 00:11:11    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2022 | Form ID: 185 | Total Noticed: 40 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2022            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Portfolio Recovery Associates LLC jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Seymour Wasserstrum | on behalf of Debtor Denice L DasGupta mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6