Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32110−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denice L DasGupta
   aka Denice Lynn DasGupta
   213 E. Collings Drive
   Collings Lake, NJ 08094

Social Security No.:
   xxx−xx−8786

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 15, 2023.

Dated: March 15, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Denice L DasGupta  
    Debtor

Case No. 19-32110-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 15, 2023      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denice L DasGupta, 213 E. Collings Drive, Collings Lake, NJ 08094-2511 |
| 518586231 | + | Ally Bank, 200 West Civic Center Dr, Suite 201, Sandy, UT 84070-4207 |
| 518586233 | + | Bankcard Services, PO Box 17501, Baltimore, MD 21297-1501 |
| 518586234 | + | Berlin Services, APT/Suite 203, 1289 Route 38 West, Hainesport, NJ 08036-2730 |
| 518586242 | + | Laboratory Corp Of America, 231 Maple Avenue, Burlington, NC 27215-5848 |
| 518634005 | + | Legacy Treatment Services Inc, 1289 Rte 38 West, Ste 203, Hainsport NJ 08036-2730 |
| 518586245 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 518586246 | + | Pradip DasGupta, 136 Chicago Ave., Egg Harbor City, NJ 08215-1804 |
| 518586248 | + | Rothman Institute, 925 Chestnut Street, Philadelphia, PA 19107-4290 |
| 518586249 | + | South Jersey Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518586252 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 518586253 | | Toyota Financial Services, PO Box 790069, St. Louis, MO 63179-0069 |
| 518586254 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518586230 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2023 20:45:00 | ADS/Comenity/Catherine, PO BOX 182789, Columbus, OH 43218-2789 |
| 518586232 | ^ | MEBN | Mar 15 2023 20:38:37 | Apex asset management, 2501 Oregon pike suite, c/o Virtua, Lancaster, PA 17601-4890 |
| 518604672 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 20:49:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518586235 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2023 20:49:01 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518586236 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 15 2023 20:45:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 518586237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:26 | CBNA, 1000 Technology Dr, Fallon, MO 63368-2239 |
| 518661956 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 20:49:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-32110-JNP    Doc 57    Filed 03/17/23    Entered 03/18/23 00:15:42    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 518608639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:15 | CitiMortgage, Inc, 1000 Technology Drive, MS 100 RM, O Fallon, MO 63368-2240 |
| 518672009 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518586240 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2023 20:45:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518586241 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2023 20:44:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518604307 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 20:49:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518586243 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 15 2023 20:44:00 | Mercury Card/FB&T, PO Box 84064, Columbus, GA 31908-4064 |
| 518586244 | ^ | MEBN | Mar 15 2023 20:39:36 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519135662 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 20:49:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518650490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 20:49:25 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518663790 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2023 20:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518663791 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2023 20:45:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518586247 | + | Email/Text: clientservices@remexinc.com | Mar 15 2023 20:44:00 | Remex Inc, 307 Wall Street, c/o SJRA, Princeton, NJ 08540-1515 |
| 518586251 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 15 2023 20:49:22 | Sprint, P.O. Box 219718, Kansas City, MO 64121-9718 |
| 518586250 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 15 2023 20:44:00 | Specialized Loan Services, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 518692236 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 15 2023 20:44:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518589038 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518626685 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 15 2023 20:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518953745 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 20:49:06 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518586239 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518586238 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518625694 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518636924 | ##+ | Denise Carlon Esquire, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 15, 2023 | Form ID: plncf13 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Portfolio Recovery Associates  LLC jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Seymour Wasserstrum | on behalf of Debtor Denice L DasGupta mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6