# *Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  *Lu'Shell K. Alexander\**
*Jennifer R. Gorchow, Staff Attorney*  *Jennie P. Archer\**
*William H. Clunn, III, Staff Attorney*  *Kelleen E. Stanley\**
*Kimberly A. Talley\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

August 16, 2023

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy
      Debtor(s) Name:  Denice L. Dasgupta
      Case No:  19-32110   JNP
      Hearing Date:  N/A

Dear Judge Poslusny:

Please accept this letter as a response to Debtor(s)' Motion/Application filed on August 10, 2023 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate the correct number of months remaining in the plan. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $337.00 per month for fifteen (15) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:  Seymour Wasserstrum, Esquire  (Debtor(s) Attorney)  (via Electronic Case Filing / ECF)
    Denice L. Dasgupta  (Debtor)  (via First Class Mail)