Certificate Number: 15111-NJ-DE-037731896

Bankruptcy Case Number: 19-32110


15111-NJ-DE-037731896

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2023, at 12:34 o'clock PM EDT, Denice L DasGupta completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    September 3, 2023          By:    /s/Ryan McDonough

Name:    Ryan McDonough

Title:    Executive Director of Education