Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–32110–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Denice L DasGupta
 aka Denice Lynn DasGupta
 213 E. Collings Drive
 Collings Lake, NJ 08094

Social Security No.:
 xxx–xx–8786

Employer's Tax I.D. No.:

---

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 13, 2025</u>     <u>Jerrold N. Poslusny Jr.</u>
                              Judge, United States Bankruptcy Court